IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                                                    PLAINTIFF

v.                                           Civil No. 4:22-cv-4043

CHARLES E. BLACK, Prosecuting Attorney; and
CONNIE MITCHELL, Deputy Prosecuting Attorney                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 13, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff's claims be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge