IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                          PLAINTIFF


v.                                Civil No. 4:22-cv-4043


CHARLES BLACK, Prosecuting Attorney;
and CONNIE MITCHELL, Deputy Prosecuting Attorney            DEFENDANTS


## <u>ORDER</u>

Before the Court is Plaintiff Timothy Wade Jackson's Motion to Reopen Case.  ECF No. 10.  On June 13, 2022, Plaintiff, a self-represented litigant, brought this action under 42 U.S.C. § 1983, alleging that he was being unlawfully held against his will and that Defendants would not help him.  Defendants are prosecutors in the Eighth Judicial District, Miller County Arkansas.  On June 13, 2022, Magistrate Judge Barry A. Bryant entered a Report and Recommendation, which recommended that Plaintiff's claims be dismissed with prejudice because, as prosecutors, Defendants are immune from suit.  ECF No. 8.  Plaintiff did not file any objections to the Report and Recommendation.  On July 5, 2022, the Court adopted the Report and Recommendation and dismissed Plaintiff's claims with prejudice.  ECF No. 9.  On December 1, 2022, approximately five months after his claims were dismissed, Plaintiff filed the instant motion asking for this case to be reopened.  ECF No. 10.

Plaintiff titles his motion as one to reopen the case but it is essentially a new complaint against the same Defendants.  Plaintiff does not address the Court's ruling that Defendants are immune from suit, which means that they cannot be Defendants in this case.  Upon consideration, the Court finds that Plaintiff has not demonstrated good cause to justify reopening this case.

Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 10) is hereby **DENIED**.  Because the Court has declined to reopen this case, Plaintiff's Motion for Polygraph Exam (ECF No. 11) is also **DENIED**.

      **IT IS SO ORDERED**, this 2nd day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge